# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 13 EM 2019

Respondent   :

v.   :

EDWARD PETERSON,   :

Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of April, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.